# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| GREATGIGZ SOLUTIONS, LLC, | **CIVIL ACTION NO. 6:20-cv-00628-ADA** |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| GRUBHUB HOLDINGS INC., | |
| Defendant. | The Honorable Alan D Albright |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT

After consideration of Defendant's Motion to Dismiss Complaint pursuant to Rule 12(b)(6), the Court finds that the Motion to Dismiss should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's complaint is dismissed.

SIGNED ON THIS THE _____ day of _____, 2020.

_____
Alan D Albright
UNITED STATES DISTRICT JUDGE