UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC**<br><br>Plaintiff<br><br>v.<br><br>**GRUBHUB HOLDINGS INC.**<br><br>Defendant | Case No. 6:20-cv-00628<br><br>JURY TRIAL DEMANDED |

**CASE READINESS STATUS REPORT**

Plaintiff GreatGigz Solutions, LLC hereby provides the following status report in advance of the Case Management Conference ("CMC").

**FILING AND EXTENSIONS**

Plaintiff's Complaint was filed on July 10, 2020 [Docket 1]. Plaintiff agreed to two extensions amounting to 53 days for Defendant to file an answer or otherwise respond to Plaintiff's Complaint.

**RESPONSE TO THE COMPLAINT**

Defendant filed a motion to dismiss based on FRCP 12(b)(6) on October 2, 2020 [Docket 14]. Plaintiff and Defendant have agreed to an extension of 14 days for Plaintiff to file its opposition to Defendant's motion to dismiss. Plaintiff's response is due October 30, 2020 and Defendant's reply is due November 6, 2020.

## PENDING MOTIONS

Other than Defendant's motion to dismiss pursuant to FRCP 12(b)(6), there are no pending motions.

## RELATED CASES IN THIS JUDICIAL DISTRICT

There are nine other cases filed by Plaintiff on one or more of the asserted patents. These include the following:

| Case | Case Filing Date |
|---|---|
| GreatGigz Solutions, LLC v. LinkedIn Corporation 6-20-cv-00545 (WDTX) | 6/17/2020 |
| GreatGigz Solutions, LLC v. GrubHub Holdings Inc. 6-20-cv-00628 (WDTX) | 7/10/2020 |
| GreatGigz Solutions, LLC v. Angie's List, Inc. 6-20-cv-00633 (WDTX) | 7/14/2020 |
| GreatGigz Solutions, LLC v. Lyft, Inc. 6-20-cv-00651 (WDTX) | 7/17/2020 |
| GreatGigz Solutions, LLC v. Uber Technologies, Inc. 6-20-cv-00652 (WDTX) | 7/17/2020 |
| GreatGigz Solutions, LLC v. Maplebear, Inc. d/b/a Instacart 6-20-cv-00737 (WDTX) | 8/14/2020 |
| GreatGigz Solutions, LLC v. Freelancer Limited 6-20-cv-00738 (WDTX) | 8/14/2020 |

| | |
|---|---|
| GreatGigz Solutions, LLC v. DoorDash, Inc. 6-20-cv-00764 (WDTX) | 8/21/2020 |
| GreatGigz Solutions, LLC v. H-E-B, LP f/k/a H-E-B Grocery Company, LP et al 6-20-cv-00934 (WDTX) | 10/8/2020 |
| GreatGigz Solutions, LLC v. NeighborFavor, Inc. 6-20-cv-00935 (WDTX) | 10/8/2020 |

## IPR FILINGS

There are no IPR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

To date, Plaintiff has asserted four patents and four claims against Defendant.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference. The parties have no pre-Markman issues to raise at the CMC hearing.

| | |
|---|---|
| Dated: October 15, 2020 | Respectfully Submitted |

*/s/ Thomas Fasone III*
Thomas Fasone III
Texas Bar No. 00785382
tfasone@ghiplaw.com
M. Scott Fuller
Texas Bar No. 24036607
sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (888) 908-4400


*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**