# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **GREATGIGZ SOLUTIONS, LLC,** <br><br> Plaintiff <br><br> v. <br><br> **GRUBHUB HOLDINGS, INC.,** <br><br> Defendant | Case No. 6:20-cv-628 <br><br> **JURY TRIAL DEMANDED** |

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Defendant's Motion to Dismiss under Rule 12(b)(6) (Dkt. No. 14) is moot. On November 6, 2020, Plaintiff GreatGigz Solutions, LLC filed an Amended Complaint (Dkt. No.19) pursuant to Fed. R. Civ. P. 15(a)(1). As a result, Defendant's Motion to Dismiss should be denied as moot.

Dated: November 6, 2020					Respectfully Submitted

					*/s/ Thomas Fasone III*
					Thomas Fasone III
					Texas Bar No. 00785382
					tfasone@ghiplaw.com
					M. Scott Fuller
					Texas Bar No. 24036607
					sfuller@ghiplaw.com
					Randall Garteiser
					Texas Bar No. 24038912
					rgarteiser@ghiplaw.com
					Christopher Honea
					Texas Bar No. 24059967
					chonea@ghiplaw.com

					**GARTEISER HONEA, PLLC**
					119 W. Ferguson Street
					Tyler, Texas 75702
					Telephone: (903) 705-7420
					Facsimile: (888) 908-4400


					Raymond W. Mort, III
					Texas State Bar No. 00791308
					raymort@austinlaw.com
					**THE MORT LAW FIRM, PLLC**
					100 Congress Ave, Suite 2000
					Austin, Texas 78701
					Tel/Fax: (512) 865-7950

					**ATTORNEYS FOR**
					**GREATGIGZ SOLUTIONS, LLC**